# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, Levin H | U.S. Court of Appeals | 5/8/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Senior Status | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John Jos Moakley US Courthouse<br>1 Courthouse Way, Suite 6720<br>Boston, MA 02210 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Overseer | USS Constitution Museum, Boston. MA |
| 2.  Council Member | Massachusetts Historical Society, Boston, MA |
| 3.  Co-Trustee | Trust No. 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 14 P 12: 18 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Int./Div. | P1 | T | | | | | |
| 2. -Coca-Cola | | | | | | | | | |
| 3. -Emerson Electric | | | | | | | | | |
| 4. -Hewlett Packard | | | | | | | | | |
| 5. -Hubbell, Inc. | | | | | | | | | |
| 6. -Merck & Co. | | | | | Partial Sale | 3/10 | K | E | |
| 7. -Quimby Country | | | | | | | | | |
| 8. -Schlumberger Ltd. | | | | | | | | | |
| 9. -DWS Int. Tax/AMT Free (Formerly Scudder) (Mutual Fund) | | | | | | | | | |
| 10. -Dreyfus Tax Exempt Cash Instl. Sh. | | | | | | | | | |
| 11. -Vanguard Intl. Growth Portfolio (Mutual Fund) | | | | | Buy | 1/4 | J | | |
| 12. | | | | | Buy | 12/20 | J | | |
| 13. -Time Warner | | | | | | | | | |
| 14. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 15. -Metlife Annuity from ███████ ins. (Was Travelers) | | | | | | | | | |
| 16. -Union Central Life Ins. (Annuity) | | | | | | | | | |
| 17. -Abbott Laboratories | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Federal National Mortgage Association | | | | | Partial Sale | 3/10 | J | D | |
| 19. | | | | | Partial Sale | 6/15 | J | D | |
| 20. -Intel Corp. | | | | | | | | | |
| 21. -Microsoft Corp. | | | | | | | | | |
| 22. -Cisco Systems, Inc. | | | | | | | | | |
| 23. -Templeton Emerging Markets Fund (Mutual Fund) | | | | | | | | | |
| 24. -US Treas. Notes 6.0% 8/09 | | | | | | | | | |
| 25. -Agilent Technologies Inc. | | | | | | | | | |
| 26. -Transocean Inc, Com (Formerly Transocean Sedco Forex Inc) | | | | | | | | | |
| 27. -Johnson & Johnson | | | | | | | | | |
| 28. -Pepsisco, Inc. | | | | | | | | | |
| 29. -Alcoa | | | | | | | | | |
| 30. -Anadarko Petroleum | | | | | | | | | |
| 31. -Avery Dennison | | | | | | | | | |
| 32. -BJ's Wholesale Club | | | | | | | | | |
| 33. -Bank of America | | | | | Buy | 3/10 | J | | |
| 34. -Cardinal Health | | | | | Sell all | 3/10 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|---|
| | | | Campbell, Levin H | | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Citigroup | | | | | | | | | |
| 36. -Constellation Brands | | | | | | | | | |
| 37. -Exxon Mobil | | | | | | | | | |
| 38. -First Data Corp | | | | | | | | | |
| 39. -Lowes | | | | | | | | | |
| 40. -Medtronic | | | | | | | | | |
| 41. -Prologis | | | | | | | | | |
| 42. -Public Storage, Inc. | | | | | | | | | |
| 43. -Royal Dutch Shell (Was Royal Dutch Petroleum) | | | | | Partial Sale | 3/10 | K | C | |
| 44. -AT&T | | | | | | | | | |
| 45. -Staples | | | | | | | | | |
| 46. -Sysco | | | | | Sell all | 3/10 | J | A | . |
| 47. -Vodafone | | | | | Partial Sale | 3/10 | J | A | |
| 48. -Wells Fargo | | | | | | | | | |
| 49. -Nationwide Ins: Rec'd Annuity payments | | | | | | | | | |
| 50. -Merrill Lynch & Co. Fltg. Rate Notes 2.4652% (was 5.5080%) | | | | | | | | | |
| 51. -US Treas Notes 4.875T 2/12 (New) | | | | | Buy | 3/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Amgen Inc (New) | | | | | Buy | 3/10 | K | | |
| 53. -CVS Corp, com (New) | | | | | Buy | 3/10 | K | | |
| 54. -National Oilwell Varco (New) | | | | | Buy | 3/10 | K | | |
| 55. -Novartis AG Sponsored ADR (New) | | | | | Buy | 3/10 | K | | |
| 56. -Verigy Ltd (New) | | | | | Spin Off | 11/3 | | | See VIII |
| 57. | | | | | Partial Sale | 11/9 | J | A | |
| 58. -Western Union (New) | | | | | Spin Off | 10/4 | | | See VIII |
| 59. -Harbor Small Cap Val Fd (Mutual Fund) (New) | | | | | Buy | 12/20 | J | | See VIII |
| 60. Trust #2 | G | Int./Div. | P2 | T | | | | | |
| 61. -Dreyfus Tax Exempt Cash Instl. Sh. | | | | | | | | | |
| 62. -US Treas. Notes 6.5% 10/06 | | | | | Maturity | 10/15 | L | | See VIII |
| 63. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 64. -Pepsico | | | | | | | | | |
| 65. -Perrigo | | | | | Full Distn | 1/23 | K | | See VIII |
| 66. -Proctor & Gamble | | | | | Partial Sale | 1/27 | M | G | |
| 67. -Exxon Mobil | | | | | | | | | |
| 68. -Schlumberger | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -American International Group | | | | | | | | | |
| 70. -Berkshire Hathaway | | | | | | | | | |
| 71. -Cambridge Bancorp. | | | | | Partial Sale | 7/28 | K | E | |
| 72. -Citigroup | | | | | Partial Sale | 1/30 | L | F | |
| 73. -Abbott Laboratories | | | | | Partial Sale | 7/28 | K | E | |
| 74. -Sanofi-Aventis ADR | | | | | | | | | |
| 75. -Johnson & Johnson | | | | | Sell all | 1/30 | L | F | |
| 76. -Pfizer | | | | | Sell all | 1/27 | M | D | |
| 77. -Automatic Data Processing | | | | | | | | | |
| 78. -General Electric | | | | | | | | | |
| 79. -Servicemaster | | | | | | | | | |
| 80. -3M | | | | | Partial Sale | 5/17 | K | E | |
| 81. -Cisco Systems | | | | | | | | | |
| 82. -Hewlett Packard | | | | | | | | | |
| 83. -Intel | | | | | | | | | |
| 84. -Microsoft | | | | | | | | | |
| 85. -S & Co Special Equities Fund | | | | | Buy | 2/7 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -S & Co Health Science fund | | | | | Partial Sale | 8/4 | M | G | |
| 87. -S & Co International | | | | | Partial Sale | 8/4 | M | F | |
| 88. -Shering-Plough | | | | | | | | | |
| 89. -Mass St Wtr Pollutn Abatement, 3.0% 8/1/11 | | | | | | | | | |
| 90. -US Treas. Notes 3.625% 1/15/10 | | | | | | | | | |
| 91. -Mass. St. Wtr. Poll. Abatement 3.5% 8/1/11 | | | | | | | | | |
| 92. Bank Account, Sovereign Bank | A | Interest | K | T | | | | | |
| 93. Trust #3 | G | Distribution | P3 | T | | | | | |
| 94. -Pepsico | | | | | | | | | |
| 95. -Proctor & Gamble | | | | | | | | | |
| 96. -Pfizer | | | | | | | | | |
| 97. -Johnson & Johnson | | | | | | | | | |
| 98. -Agilent | | | | | Sell All | 3/27 | M | G | |
| 99. -Intel | | | | | | | | | |
| 100. -Automatic Data Processing | | | | | | | | | |
| 101. -Hewlett Packard | | | | | | | | | |
| 102. -IBM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Microsoft | | | | | | | | | |
| 104. -Cisco | | | | | | | | | |
| 105. -General Electric | | | | | | | | | |
| 106. -Chevron Corp (formerly Chevron Texaco) | | | | | | | | | |
| 107. -Schlumberger | | | | | | | | | |
| 108. -Citigroup | | | | | | | | | |
| 109. -American International Group | | | | | | | | | |
| 110. -Berkshire Hathaway | | | | | | | | | |
| 111. -MA Bay Transp. Auth. 5.25% 3/06 | | | | | Full call | 3/1 | O | | See VIII |
| 112. -Stoughton, MA 4.3% 2/07 | | | | | | | | | |
| 113. -Mass. St. Tpk. 5.13% 1/09 | | | | | | | | | |
| 114. -Mass. St. Hlt. 4.5% 7/09 | | | | | | | | | |
| 115. -North Andover, MA 4.5% 1/10 | | | | | | | | | |
| 116. -Fidelity Inst. Tax-Exempt Cash Port. | | | | | | | | | |
| 117. -CVS Corp. | | | | | | | | | |
| 118. -Illinois Tool Works, Inc. | | | | | | | | | |
| 119. -News Corp. Cl.B Com. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Columbia High Yield Mutual Fund | | | | | | | | | |
| 121. -Century Small Cap Select (Mutual Fund) | | | | | Buy | 11/14 | K | | |
| 122. | | | | | Buy | 12/27 | K | | |
| 123. -MA St. Wtr. Poll. 3.0% 8/11 | | | | | | | | | |
| 124. -Dell | | | | | Sell all | 12/19 | N | | See VIII |
| 125. -Exxon Mobil Corp. | | | | | | | | | |
| 126. -Home Depot | | | | | | | | | |
| 127. -Staples | | | | | | | | | |
| 128. -MA St Hsg 12/1/37 (Municipal Bond) (New) | | | | | Buy | 5/15 | N | | |
| 129. | | | | | Partial Sale | 6/22 | L | | See VIII |
| 130. -Ishare MSCI EMV Index Fd (Mutual Fund) (New) | | | | | Buy | 3/27 | N | | |
| 131. -Ishare MSCI Emerging MKts Index Fund (Mutual Fund) (New) | | | | | Buy | 3/24 | N | | |
| 132. IRA | B | Distribution | L | T | | | | | |
| 133. -DWS Lg Cap Value (Formerly Scudder) (Mutual Fund) | | | | | Partial Sale | 6/20 | J | | |
| 134. | | | | | Partial Sale | 7/18 | J | | |
| 135. | | | | | Partial Sale | 8/21 | J | | |
| 136. | | | | | Buy | 9/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 12/18 | J | | |
| 138. -Dreyfus Instl. Cash Advantage | | | | | | | | | |
| 139. -DWS Core Plus Inc. (FormerlyScudder Income Fund) (Mut Fd) | | | | | Partial Sale | 9/20 | J | | |
| 140. | | | | | Partial Sale | 10/24 | J | | |
| 141. -Oakmark Int'l FD CL I (Mutual Fund) (New) | | | | | Buy | 3/10 | J | | |
| 142. | | | | | Buy | 12/15 | J | | |
| 143. Bank Acct., Cambridge Trust Company | A | Interest | J | T | | | | | |
| 144. ███████████Sherborn, Massachusetts | D | Rent | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

56.  Verigy Ltd.:  Received from spin off from Agilent Technologies Stock.

58.  Western Union:  Received froma spin off from First Data Corp Stock.

59.  Harbor Small Cap Cal Fd was reported on 2005 FDR as item #53 and asset of Trust #2.  This was in error.  The Fd should have been listed as a new purchase on 12/30/05 and correctly shown as an asset of Trust #1.

62.  Maturity of US Treas NTs resulted in no gain or loss.

65.  Perrigo stock was distributed to charity by the trustee(s) of Trust #2.

111.  Full call of MBTA bonds resulted in no gain or loss.

124.  Sale of Dell stock resulted in a loss.

129.  Partial sale of MA St Hsg bond resulted in no gain or loss.

Note:  All stocks listed on this report are common.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 5/8/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████ Date 5-10-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544